IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20128
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DAVID LEE EDDS,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-191-1
- - - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

   David Lee Edds appeals his guilty-plea conviction for possession a firearm in violation of 18 U.S.C. § 922(g)(1). Edds argues that the federal government cannot, consistent with the Interstate Commerce Clause, the Tenth Amendment, and in the wake of United States v. Lopez, 115 S. Ct. 1624 (1995), punish a felon's mere possession of a firearm that has traveled in interstate commerce at some unspecified time in the past because such possession lacks a sufficient nexus with interstate

_____

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

commerce.  Section 922(g)(1) has been consistently upheld as

constitutional.  <u>See</u> <u>Scarborough v. United States</u>, 431 U.S. 563

(1977); <u>United States v. Kuban</u>, 94 F.3d 971, 973 (5th Cir. 1996),

<u>cert. denied</u>, 117 S. Ct. 716 (1997); <u>United States v. Rawls</u>, 85

F.3d 240, 242 (5th Cir. 1996).

   AFFIRMED.